# ATTACHMENT 2

**DEPARTMENT OF THE ARMY**
ARMY CONTRACTING AGENCY
HEADQUARTERS, NORTHERN REGION
CAPITAL DISTRICT CONTRACTING CENTER
9410 JACKSON LOOP, SUITE 101
FORT BELVOIR, VIRGINIA 22060-5134

REPLY TO
ATTENTION OF:

CDCC

December 14, 2006

Richard C. Johnson
8000 Towers
Crescent Drive, Suite 900
Vienna, VA 22182

Subject: Contract No. GS-10F-0192N, Proprietary Rights, Notice of Decision

Dear Mr. Johnson:

Reference your letter dated August 15, 2006 pertaining to a claim over alleged copy right infringements by the Defense Acquisition University (DAU). Your letter addressed three offenses, which were: i) breach of the confidentiality /non-disclosure agreement; ii) copyright infringement; and iii) fifth amendment takings.

The Government has reviewed your claim and finds it without merit. Therefore, my final decision is to deny your claim. This is the final decision of the Contracting Officer.

You may appeal this decision to the board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the U.S. Army Board of Contract Appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the U.S. Army Board of Contract Appeals, you may bring an action directly in the United States Court of Federal Claims within 12 months of the date you receive this decision. Demand for payment prepared in accordance with 32.610(b).

If you have any questions on this matter please contact Mr. Jae Nelles at 703-806-2166.

Thomas J. Haggard
Contracting Officer