# ATTACHMENT 3

# CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT BETWEEN PARADIGM LEARNING AND

-----

This Confidentiality and Non-Disclosure Agreement ("Agreement") is entered into by and between the two parties PARADIGM LEARNING ("PARADIGM") located in Tampa, Florida and **Defense Acquisition University (Second Party"), of Ft. Belvoir, VA 22060** for the purpose of protecting the confidentiality of Paradigm's proprietary systems, processes and procedures applied to and utilized in the business of PARADIGM LEARNING.

## 1. PROPRIETARY INTERESTS

PARADIGM has designed, developed and utilizes methods and designs which are confidential and in which PARADIGM has a proprietary interest, including manuals and game board designs, layout and placement of graphics, processes utilized in the preparation of the products and all statistical, financial and personnel data relating to the business of PARADIGM. Even if certain systems designed by PARADIGM incorporate certain materials, technologies and procedures developed by others, the design of the total system and many of the integral parts and processes are the property of PARADIGM.

## 2. COVENANTS OF CONFIDENTIALITY AND NON-DISCLOSURE

Second Party, their agents, representatives and employees, are allowed access to certain confidential information of PARADIGM LEARNING only as necessary for conducting business with each other, and covenant and agree as follows:

a) To hold as confidential all written matters generated in conducting business with PARADIGM, which may in any way reveal the total system, or part thereof, or the processes, procedures, design of any equipment, location of such equipment or any other confidential information as described above;

b) To make no copies, distribute, or otherwise disseminate any data or any other confidential information as described herein, without the prior written consent of a corporate officer of PARADIGM;

c) To hold as confidential all conversations pertinent to, or arising or resulting from, conducting business with each other, which relate to, describe, involve or otherwise discuss any of the confidential information described herein in which PARADIGM has a proprietary interest;

d) This agreement does not transfer any part of any ownership rights in any patents, copyrights, or trademarks, either existing or prospective, between the two parties or to or from any other party.

3. SERVICES

This agreement encompasses all services provided by PARADIGM, which include the following:

- BUSINESS TRAINING
- SEMINARS
- TRAINING MATERIALS

4. TERM

The term of this agreement shall be for one (1) year. This covenant of confidentiality and non-disclosure shall be enforceable and binding the longer of one (1) year after the expiration of the term of this Agreement or so long as such confidential information remains confidential, or shall be enforceable for the largest portion of its term allowed by law if its full term conflicts with any law.

5. BINDING ON SUCCESSORS

This agreement shall be binding on and inure to the benefit of the respective heirs, successors, assigns and representatives of Second Party.

6. VALIDITY AND CHOICE OF LAW

If any term or provision of this agreement is held to be invalid, void or unenforceable, the remainder of the agreement shall be in full force and effect and shall in no way be impaired or invalidated. This agreement shall be governed by Florida law and venue and jurisdiction shall be exclusive to Florida.

7. ATTORNEYS' FEES

In the event litigation is commenced to enforce the terms and conditions of this agreement, the prevailing party shall be entitled to reasonable attorneys' fees and legal costs.

8. **LIMITATION OF CONFIDENTIALITY OBLIGATION**

The obligations imposed by Paragraph 2 shall not apply to information of Second Party that:

a) Was previously known by the other party.

b) Is or becomes known to the public through no fault of the other party.

c) Is acquired by the other party from a third party having no obligation to the owning party to maintain the information in confidence.

| | |
|---|---|
| DEFENSE ACQUISITION UNIVERSITY | PARADIGM LEARNING |
| Company Name | Company Name |
| DEBBIE L. JOHNSON | James M. McFarland |
| Name (please print) | Name |
| CON 100 Lead Project MANAGER | CFO |
| Title | Title |
| [signature] | [signature] |
| Signature | Signature |
| 5 APRIL 02 | 4/5/02 |
| Date | Date |