#067472

ORIGINAL

FORM 2

COVER SHEET

# In The United States Court of Federal Claims

RECEIVED
DEC 14 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Cover Sheet

Plaintiff(s) or Petitioner(s)

PARADIGM LEARNING, INC.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Richard C. Johnson

Firm Name: Smith Pachter McWhorter PLC

Post Office Box:

07-373 C

Street Address: 8000 Towers Crescent Drive, Suite 900

City-State-Zip: Vienna, VA 22182

Telephone & Facsimile Numbers: (703) 847-6300; (703) 847-6312 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 1 2

Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O D

See attached sheet for three-digit codes.

Amount Claimed: $ 336,126.00

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☒ Yes ☐ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $ ____________

Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:

Date of Vaccination: ____________

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ☒ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.