ORIGINAL

# In The United States Court of Federal Claims

FILED
DEC 14 2007
U.S. COURT OF FEDERAL CLAIMS

PARADIGM LEARNING, INC.

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 07-373 C

## NOTICE OF DIRECTLY RELATED CASE

Pursuant to Rule 40.2 of the United States Court of Federal Claims, Plaintiff Paradigm Learning, Inc. ("Paradigm"), states that there are no directly related cases in the Court of Federal Claims.

Respectfully submitted,

Date: December 14, 2007

By: [signature]

Richard C. Johnson, Counsel of Record
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Tel: (703) 847-6300
Fax: (703) 847-6312
*Counsel for Paradigm Learning, Inc.*

*Of Counsel*:
John S. Pachter
SMITH PACHTER MCWHORTER PLC