ORIGINAL

# In The United States Court of Federal Claims

FILED
DEC 1 4 2007
U.S. COURT OF FEDERAL CLAIMS

PARADIGM LEARNING, INC.

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 07-873 C

## CORPORATE DISCLOSURE STATEMENT OF PARADIGM LEARNING, INC.

Pursuant to Rule 7.1 of the United States Court of Federal Claims, Plaintiff Paradigm Learning, Inc. states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Date: December 14, 2007

By:

Richard C. Johnson, Counsel of Record
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Tel: (703) 847-6300
Fax: (703) 847-6312
*Counsel for Paradigm Learning, Inc.*

*Of Counsel*:
John S. Pachter
SMITH PACHTER MCWHORTER PLC