IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PARADIGM LEARNING, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-873C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including March 12, 2008, within which to file a response to the complaint filed by plaintiff, Paradigm Learning, Inc. Our response is currently due on February 14, 2008. Plaintiff's counsel does not oppose our request.

This is our first request for an enlargement of time for this purpose. Agency counsel needs additional time in which to collect documents. Due to the complexity of the issues involved in the case and the volume of material, the additional time requested is necessary for agency counsel to collect documents and for defendant's counsel to review the case file, coordinate with agency counsel, and to prepare an appropriate response to the complaint.

For the these reasons, we respectfully request that the Court grant our unopposed motion to enlarge the time within which to respond to the complaint, by 30 days, to and including March 12, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit 8th Floor
Washington, DC 20530
Tel. (202) 307-0843
Fax. (202) 307-0972

February 11, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 11th day of February, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley