# In the United States Court of Federal Claims

## NOTICE

**PARADIGM LEARNING**

**No. 07-873 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., February 12, 2008**

To Attorney of Record, Assistant Attorney General, and Judge Sweeney:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed February 11, 2008, for enlargement of time to respond to the complaint

the following order by the Acting Clerk:

**ALLOWED.**

John S. Buckley
ACTING CLERK OF COURT