IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PARADIGM LEARNING, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-873C<br>(Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 12-day enlargement of time, to and including March 24, 2008, within which to file a response to the complaint filed by plaintiff, Paradigm Learning, Inc. (“Paradigm”). Our first enlargement in this case was for 30 days. Our response is currently due on March 12, 2008. Plaintiff’s counsel does not oppose our request.

Undersigned counsel currently has reply briefs due on March 12, 2008, in the following cases before this Court: Smalls v. United States, No. 07-715C, and Olin v. United States, No. 07-728C. The additional time requested is necessary, therefore, for defendant’s counsel to prepare an appropriate response to Paradigm’s complaint.

For these reasons, we respectfully request that the Court grant our motion to enlarge the time within which to respond to plaintiff’s complaint, by 12 days, to and including March 24, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit 8th Floor
Washington, DC 20530
Tel. (202) 307-0843
Fax. (202) 307-0972

March 6, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 6th day of March, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley