# In the United States Court of Federal Claims

No. 07-873 C
(Filed: March 7, 2008)

| | |
|---|---|
| *********************************** | |
| PARADIGM LEARNING, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

On March 6, 2008, defendant in the above-captioned case filed Defendant's Unopposed Motion for an Enlargement of Time, seeking an additional twelve days in which to respond to plaintiff's complaint. Defendant's motion is **GRANTED**. Accordingly, defendant shall respond to plaintiff's complaint **no later than Monday, March 24, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge