# In the United States Court of Federal Claims

No. 07-873 C
(Filed: May 21, 2008)

| | |
|---|---|
| *********************************** | |
| PARADIGM LEARNING, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

The court will conduct a telephonic preliminary scheduling conference in the above-captioned case on **Thursday, June 5, 2008, at 11:00 a.m.** The court will contact the parties to initiate the conference call.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge