# In the United States Court of Federal Claims

No. 07-873 C
(Filed: June 5, 2008)

| | |
|---|---|
| PARADIGM LEARNING, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The court conducted a preliminary scheduling conference in the above-captioned case on June 5, 2008. As discussed during the conference, the court adopts the following schedule:

- The parties shall exchange initial disclosures **no later than Tuesday, July 15, 2008**.
- The parties shall exchange expert disclosures, if necessary, **no later than Friday, March 6, 2009**.
- Non-expert discovery shall conclude **no later than Friday, May 15, 2009**.
- The parties shall file dispositive motions, if any, **no later than Thursday, July 16, 2009**.

If neither party files a dispositive motion, the parties shall file, **no later than Thursday, July 23, 2009**, a joint status report suggesting further proceedings.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge